UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **ROBIN WADE,** | ) |
| | ) |
| **Plaintiff** | ) |
| v. | )  Civil No.   06-92-B-S |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant** | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 8) filed December 7, 2006, on docket number 02-04-B-S, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that the United States' Motions to Dismiss (Docket No. 7) is GRANTED.  The 28 U.S.C. §2255 motion is DENIED.

/s/George Z. Singal
Chief United States District Judge

Dated this 3rd day of January, 2007.